UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHERRY HARGROVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:13-CV-594-FL |
| ) | |
| UNIVERSE EXPRESS INC. ) | |
| MOVING AND STORAGE, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's Motion for Default Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 2, 2013, and for the reasons set forth more specifically therein, that plaintiff's Motion for Default Judgment is granted. Defendant is permanently enjoined from selling or disposing at auction or otherwise any and all of plaintiff's household goods. Defendant is required to deliver to plaintiff or her representative at an arranged location, on a confirmed date and time no later than twenty-one (21) days from date of entry of the court's order, at an agreed place and time where and when said goods may be safely transferred back into the custody of the plaintiff by defendant in their original condition. Defendant is liable for returning to plaintiff all fees paid by plaintiff to defendant in the total amount of $809.00, together with costs of the action in the amount of $128.30, which total sum due and owing to plaintiff by defendant is $937.30.

**This Judgment Filed and Entered on October 2, 2013, and Copies To:**
Cherry Hargrove (via U.S. Mail) 27 Briar Circle, Suite D, Fayetteville, NC 28306
Universe Express Inc. Moving and Storage (via U.S. Mail) 626 Sixteen Street, Carlstadt, NJ 07072
David E. Tider (via U.S. Mail) 626 Northumberland Road, Teaneck, NJ 07666

This 2nd day of October, 2013.   JULIE A. RICHARDS, CLERK
  /s/ Christa N. Baker
  (By) Christa N. Baker, Deputy Clerk

